DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TJ FISHER,**
Appellant,

v.

**PALM BEACH FLORIDA HOTEL AND OFFICE BUILDING LIMITED PARTNERSHIP** and **NANTUCKET ENTERPRISES, INC.,**
Appellees.

No. 4D21-1017

[February 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502008CA039646.

TJ Fisher, West Palm Beach, pro se.

Timothy W. Schulz of Timothy W. Schulz, P.A., West Palm Beach, for appellee Palm Beach Florida Hotel and Office Building Limited Partnership.

Alan B Rose and Gregory S. Weiss of Mrachek, Fitzgerald et al, West Palm Beach, for appellee Nantucket Enterprises.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***